UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LOUELLA D. MANZANO, | ) | Case No.: C 10-03844 PVT |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| | ) | |
| PAUL FINANCIAL LLC, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 9, 2010, the above-captioned action was scheduled for an initial case management conference. Neither party appeared for the initial case management conference. In addition, neither party filed a case management conference statement pursuant to Civ. L.R. 16-9. Accordingly, plaintiff Louella D. Manzano is ordered to show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing no later than November 26, 2010.

IT IS SO ORDERED.

Dated:    11/09/2010

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1  A copy of this order was mailed on November 9, 2010:

2  Louella D. Manzano
   3138 Woodside Lane
3  San Jose, CA 95121

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28