UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LOUELLA D. MANZANO, | ) | Case No.: C 10-03844 PSG |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING CASE** |
| PAUL FINANCIAL LLC, ET AL., | ) | |
| Defendants. | ) | |

On November 9, 2010, the court ordered Plaintiff Louella D. Manzano to show cause why the case should not be dismissed for failure to prosecute no later than November 26, 2010. To date, Plaintiff has not filed any response. In light of Plaintiff's failure to prosecute, this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-631 (1962).

IT IS SO ORDERED.

Dated:   December 29, 2010

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1  A copy of this order was mailed on December 29, 2010:

2  Louella D. Manzano
   3138 Woodside Lane
3  San Jose, CA 95121

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28